JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD G. HELLER,

    Plaintiff,

v.

AMERICAN STATES INSURANCE COMPANY, ET AL.,

    Defendants.

Case No. CV 15-9771 DMG (JPRx)

**JUDGMENT**

    Pursuant to the Court's January 9, 2017 Order re Defendant's Motion for Summary Judgment or Partial Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant American States Insurance Company and against Plaintiff Richard G. Heller, who shall take nothing. Defendant is awarded costs incurred herein.

**IT IS SO ORDERED.**

DATED: January 9, 2017

                                       DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE